

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2014

No. 04-14-00560-CR

Vernon **TRAVIS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B13637
Honorable Stephen B. Ables, Judge Presiding

## O R D E R

The court reporter's record was due September 5, 2014, but was not filed; however, on September 4, 2014, the reporter filed a notification of late record stating the record was not filed because appellant had not paid or made arrangements to pay the reporter's fee to prepare the record and that appellant is not entitled to the record without paying the reporter's fee for preparing the record. Accordingly, on September 9, 2014, we ordered appellant to provide written proof to this court on or before September 19, 2014, that either (1) the reporter's fee had been paid or arrangements had been made to pay the reporter's fee; or (2) appellant is entitled to have the reporter's record furnished without charge. *See* TEX. R. APP. P. 20.2. We advised that if appellant failed to respond within the time provided, appellant's brief would be due thirty days after the clerk's record is filed, and the court would only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

On September 17, 2014, appellant filed a response. However, this document was solely in response to our order to pay for the clerk's record, which was filed September 12, 2014. Appellant never filed a response to this court's September 9, 2014 order regarding payment for the reporter's record. Accordingly, per our September 9, 2014 order, we ordered appellant to file appellant's brief in this court on or before October 12, 2014 — thirty days from the date the clerk's record was filed — and advised appellant that we would consider only those issues or points raised in appellant's brief that did not require a reporter's record for a decision.

Thereafter, on September 24, 2014, we received a motion for reconsideration from appellant. In the motion, appellant's counsel explains there was confusion as to who the actual reporter was, and that due to an illness in the family, appellant's counsel may have inadvertently overlooked our orders regarding the reporter's record. Appellant attaches proof that he has made satisfactory arrangements for payment of the reporter's record, providing the reporter with a down payment of more than half of the total amount due.

Given that appellant has now made satisfactory arrangements for payment of the reporter's record, we **GRANT** the motion for reconsideration and **ORDER** the court reporter to file the reporter's record in this court on or before **October 30, 2014**.

We further **order** the clerk of this court to serve copies of this order on all counsel and the court reporter, Teri Nunley.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court